No. 785. San Diego Electric Railway Co. *v.* State Board of Equalization. Appeal from the District Court of Appeal, Third Appellate District, of California. *Per*

*Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *William L. Holloway* and *C. Coolidge Kreis* for appellant. *Fred N. Howser,* Attorney General of California, *James E. Sabine* and *Irving H. Perluss,* Deputy Attorneys General, for appellee.